Aaron McINTYRE, Alma Forsyth
and John Doe, Respondents.

Supreme Court of Pennsylvania.

Jan. 29, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of January 2009, the Petition for Allowance of Appeal is **GRANTED.** The issues, as framed by Petitioner, are:

1. Did the Commonwealth Court ruling render settlement contracts resolving land use disputes which arguably relate to an environmental law or regulation unenforceable and deprive citizens of the right to resolve their disputes via settlement agreements?

2. Did the Commonwealth Court err in applying and analyzing the Environmental Immunity Act in the instant matter in which the purposes of the Act were not implicated?

3. Did the Commonwealth Court misapply the Environmental Immunity Act by holding that a deed restriction is an environmental law or regulation?

4. Did the Commonwealth Court err in applying and analyzing the Environmental Immunity Act by holding that the business relationship exception to the Act did not apply to this case?

■

**COMMONWEALTH of Pennsylvania,**

v.

**In re E.F.**

**Petition of E.F.**

Supreme Court of Pennsylvania.

Feb. 9, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 9th day of February, 2009, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by Petitioner, are:

(1) Whether the Superior Court erred in finding a gross abuse of discretion where the trial court fairly balanced all aspects required of the Juvenile Act in determining that [Petitioner] should not be tried as an adult for acts which occurred when he was but

14 years old, and where he had no further contacts with the criminal justice system in the intervening six years?

(2) Whether, under principles of equity, taking into account [Petitioner's] transformation into a productive member of society, the lapse of seven years between the delinquent act and the certification hearing, and the serious negative consequences of a possible adult conviction, the trial court correctly refused to certify [Petitioner's] case to adult criminal court?